JS-6

1  **STEVEN J. ROTHANS – State Bar No. 106579**
   **JILL W. BABINGTON – State Bar No. 221793**
2  **CARPENTER, ROTHANS & DUMONT**
   **888 S. Figueroa Street, Suite 1960**
3  **Los Angeles, CA  90017**
   **(213) 228-0400 /(213) 228-0401 [Fax]**
4

5  Attorneys for Defendant, CITY OF SANTA ANA, a public entity

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | BRUCE LEAMER, an individual, | Case No.: SACV06-764 CJC (RNBx) |
12 | Plaintiff, | **[PROPOSED] JUDGMENT** |
13 | vs. | |
14 | CITY OF SANTA ANA; SANTA ANA POLICE DEPARTMENT; ALDERHORST INTERNATIONAL, INC., a California Corporation; DAVID REAVER, an individual; and DOES 1 through 10, | |
15 | | |
16 | | |
17 | Defendants. | |
18 | | |

19

20     This action came on for hearing before the Court, on March 10, 2008, at
21 1:30 p.m. on a Motion for Summary Judgment, before U.S. District Court Judge
22 Cormac J. Carney.  Donald W. Cook appeared on behalf of the plaintiff, Steven J.
23 Rothans appeared on behalf of the City of Santa Ana and E. Wallace Dingman
24 appeared on behalf of Defendants Alderhorst International, Inc., and David Reaver.
25     The evidence presented having been fully considered, the issues having been
26 duly heard and a decision having been duly rendered, which is set forth fully in
27 this Court's Order dated March 12, 2008, attached hereto as Exhibit "A":
28 ///

1  IT IS ORDERED AND ADJUDGED that Plaintiff Bruce Leamer take
2 nothing from Defendant City of Santa Ana, and that the action as to this defendant
3 be dismissed on the merits.

DATED: May 1, 2008  _____
CORMAC J. CARNEY
U.S. District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 888 South Figueroa Street, Suite 1960, Los Angeles, California 90017.

On April 30, 2008, I served the foregoing document(s) described as: **[PROPOSED] JUDGMENT** upon the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed to the following persons:

| | |
|---|---|
| Robert Mann, Esq.<br>Donald W. Cook, Esq.<br>Attorneys at Law<br>3435 Wilshire Blvd., Suite 2900<br>Los Angeles, CA 90010 | Attorneys for Plaintiff<br>BRUCE LEAMER<br><br>Fax: 213-252-0091 |
| E. Wallace Dingman, Esq.<br>**KLUTE & NEWTON**<br>650 E. Hospitality Lane, Suite 250<br>San Bernardino, CA 92408-3508 | Attorneys for Defendants<br>ALDERHORST INTERNATIONAL<br>AND DAVID REAVER<br><br>Fax: 909-889-3469 |

**BY MAIL**

  X   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY PERSONAL SERVICE**

_____ I delivered such envelopes by hand to the addressees indicated above at 3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010.

Executed on April 30, 2008, at Los Angeles, California.

**FEDERAL**

  X   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

  Linda Ramirez                                        _____
                                                                           (Signature)